Peter R. Afrasiabi, Esq. (Bar No. 193336)
    pafrasiabi@onellp.com
Christopher Arledge, Esq. (Bar No. 200767)
    carledge@onellp.com
Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Phone:     (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff, Mavrix Photo, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>COMPLEX MEDIA, INC, a Delaware corporation, doing business as COMPLEX.COM; and DOES 1-10 INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:12-cv-08267-CAS-RZ<br>Hon. Christina A. Snyder<br><br>**JOINT STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: September 25, 2012 |

19596.1

**JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S COMPLAINT - 2:12-cv-08267-CAS-RZ**

WHEREAS Plaintiff filed its Complaint on September 25, 2012;

WHEREAS Plaintiff and Defendants engaged in extensive settlement discussions between October 2012 and November 2012, and agreed to a settlement of the above-captioned action.

WHEREAS Plaintiff, Defendants, and respective counsel subsequently exchanged formal settlement drafts, and have finally agreed on confidential settlement terms contained therein;

WHEREAS all parties have executed their respective portions of the settlement agreement, which includes a dismissal with prejudice of the above captioned suit conditioned on certain terms being performed, which have since occurred.

The parties hereby stipulate as follows:

1. All claims contained in Plaintiff's Complaint shall be dismissed with prejudice.
2. The other terms of the settlement shall remain confidential.
3. The parties are to bear their own attorneys' fees and costs.

Dated: November 21, 2012        **ONE LLP**

By:  /s/ Imran F. Vakil/
Imran F. Vakil.
*Attorneys for Plaintiff, Mavrix Photo, Inc.*

Dated: November 21, 2012        **QUINN EMANUEL URQUHART & SULLIVAN LLP**

By:  /s/ Bruce Van Dalsem/
Bruce Van Dalsem
*Attorneys for Defendant Complex Media, Inc.*

19596.1

2

**JOINT STIPULATION DISMISSING ALL CLAIMS IN PLAINTIFF'S COMPLAINT - 2:12-cv-08267-CAS-RZ**