JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>    Plaintiff,<br>v.<br><br>COMPLEX MEDIA, INC, a Delaware corporation, doing business as COMPLEX.COM; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. 2:12-cv-08267-CAS-RZ<br>Hon. Christina A. Snyder<br><br>**ORDER ON JOINT STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: September 25, 2012 |

## ORDER

**IT IS SO ORDERED**

By stipulation of the parties and good cause having been shown, Plaintiff's Complaint filed September 25, 2012 and all claims thereto shall be dismissed with prejudice with all parties to bear their own attorneys' fees and costs

Dated: November 26, 2012

_____
The Honorable Christina A. Snyder
U.S. Federal District Judge
Central District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] JOINT STIPULATION DISMISSING ALL CLAIMS IN
PLAINTIFF'S COMPLAINT - 2:12-cv-08267-CAS-RZ**